# Certificate of Service

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE: Steven Pandi
BK CASE NO: 20-10243-BTB

ATTORNEY FOR THE DEBTOR(S):
Haines and Krieger, LLC
8985 S. Eastern Ave. Ste. 350
Las Vegas, NV 89123
702-880-5554
info@hainesandkrieger.com

On March 26, 2020 a copy of the following documents described below,

1) Motion to Determine Bavarian Motors LTD.'S Willful Violation of the Automatic Stay and Request to Recover Punitive Damages Attorney's Fees and Sanctions
2) Debtors Affidavit
3) Notice of Motion to Determine Bavarian Motors LTD.'S Willful Violation of the Automatic Stay and Request to Recover Punitive Damages Attorney's Fees and Sanctions

was deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein. The above documents were addressed to; Attn: Officer, Managing or General Agent, or Resident Agent.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: March 26, 2020

/s/ Raynette-Lin Fuchigami
Raynette-Lin Fuchigami
Employee of Haines and Krieger,

Bavarian Motors
2417 North 16th Street
Phoenix, AZ 85006

///

## Certificate of Service

| Business | Address Line 1 | City | State | Zip |
|---|---|---|---|---|
| Via First Class Mail | | | | |
| Bavarian Motors | 2417 North 16th Street | Phoenix | AZ | 85006 |