


Entered on Docket
June 04, 2020

George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
*Attorneys for Debtor*

E-FILED: June 2, 2020

HAINES & KRIEGER, LLC
8985 S. Eastern Ave. Ste, 350
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554 FAX: (702) 385-5518

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In Re:**<br><br>**STEVE PANDI,**<br><br>**Debtor(s).** | **Case No: BK-S-20-10243-BTB**<br><br>**Chapter 13**<br><br>**Hearing Date: 5/21/2020**<br>**Hearing Time: 10:00 a.m.** |

**ORDER ON MOTION TO DETERMINE BAVARIAN MOTORS LTD.'S WILLFUL VIOLATION OF THE AUTOMATIC STAY AND REQUEST TO RECOVER PUNITIVE DAMAGES, ATTORNEY'S FEES AND SANCTIONS**

Debtor's Motion for Sanctions ("Motion") came regularly before the Court for hearing on May 21, 2020 at the hour of 10:00 a.m., Ben Chambliss of the law firm of Haines & Krieger, LLC appeared on behalf of Debtor, no opposition or other appearance having been made; and the Court finding good cause to grant Debtor's Motion for Sanctions, ECF No. 11, now therefore:

HAINES & KRIEGER, LLC
8985 S. Eastern Ave. Ste, 350
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554 FAX: (702) 385-5518

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Debtor's Motion is granted;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that BAVARIAN MOTORS LTD., must pay Debtor's attorney's fees and costs in the amount of $3,893.50 and costs in the amount of $35.40.

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** BAVARIAN MOTORS LTD., must pay actual damages in the amount of $5,000.00.

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** BAVARIAN MOTORS LTD., must pay actual damages in the amount of $25,000.00 for emotional distress Debtor suffered as a result of BAVARIAN MOTORS LTD.'S violations of the automatic stay.

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that Debtor shall submit a Judgment in favor of STEVE PANDI, and against BAVARIAN MOTORS LTD., in the following amounts:

| | |
|---|---|
| • Actual Damages—Attorney's Fees and Costs: | $3,928.90 |
| • Actual Damages— | $5,000.00 |
| • Actual Damages—Emotional Distress: | $25,000.00 |
| **TOTAL:** | **$33,298.90** |

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the Judgment may be enforced by a writ of execution and in proceedings supplementary to and in aid of execution pursuant to Fed. R. Bankr. P. 7069.

///

///

**IT IS HERBY FURTHER ORDERED, ADJUDGED AND DECREED** that a copy of this Judgment shall be kept an indexed with the civil judgments of the district court pursuant to Fed. R. Bankr. P. 5003(c).

Submitted By:

*/s/ George Haines, Esq.*
George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., #350
Las Vegas, Nevada 89123
Attorneys for Debtor

**HAINES & KRIEGER, LLC**
8985 S. Eastern Ave. Ste, 350
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554 FAX: (702) 385-5518

HAINES & KRIEGER, LLC
8985 S. Eastern Ave. Ste, 350
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554 FAX: (702) 385-5518

**9021 CERTIFCATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ George Haines, Esq.
George Haines, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., #350
Las Vegas, NV 89123
Attorneys for Debtor

# # #