

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 15, 2020

George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: ghaines@freedomlegalteam.com
*Attorneys for Debtor*

E-FILED: December 12, 2020

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

**In Re:**

**STEVE PANDI,**

                                    **Debtor(s).**

**Case No: BK-S-20-10243-BTB**

**Chapter 13**

**JUDGMENT**

The United States Bankruptcy Court, District of Nevada ("Court"), based upon the

Order enter by the Court on June 4, 2020 (See ECF NO. 79) and for good cause, hereby enter

Judgment in favor of **STEVE PANDI** (Debtor) against **BAVARIAN MOTORS LTD** in the

following amounts:

- Actual Damages—Attorney's Fees and Costs:          $3,928.90
- Actual Damages:                                    $5,000.00

FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste. 350
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554 FAX: (702) 385-5518

- Actual Damages—Emotional Distress: $25,000.00

**TOTAL:**    **$33,298.90**

Submitted By:


*/s/ George Haines, Esq.*
George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Ave., #350
Las Vegas, Nevada 89123
Attorneys for Debtor

**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Ave. Ste. 350
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554 FAX: (702) 385-5518