# Certificate of Service
## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE: Pandi, Steve
BK CASE NO: 20-10243-BTB

ATTORNEY FOR THE DEBTOR(S):
Freedom Law Firm, LLC
8985 S. Eastern Ave. Suite 350
Las Vegas, NV 89123
702-880-5554
info@freedomlegalteam.com

On Tuesday, December 29, 2020 a copy of the following documents described below,

- **NOTICE OF ENTRY OF JUDGMENT**
- **JUDGMENT**

were deposited for delivery by the United States Postal Service, via *certified* United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein. The above documents were addressed to; Attn: Officer, Managing or General Agent, or Resident Agent.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: December 29, 2020

/s/ Raynette-Lin Fuchigami
Raynette-Lin Fuchigami
Employee of Freedom Law Firm, LLC

Bavarian Motors LTD
ATTN: OFFICER
2417 North 16th Street
Phoenix, AZ 85006

///

## Certificate of Service

| Business | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|
| Bavarian Motors LTD<br>Via Certified Mail | ATTN: OFFICER | 2417 North 16th Street | Phoenix | AZ | 85006 |

Pandi, Steve 20-10243 Bavarian Motors LTD- Notice of Judgment

Freedom Law Firm, LLC
8985 S. Eastern Avenue
Suite 350
Las Vegas NV 89123

**USPS CERTIFIED MAIL**



9407 1118 9876 5895 4132 37

Bavarian Motors LTD
ATTN OFFICER
2417 North 16th Street
Phoenix AZ 85006

$4.05   US POSTAGE
FIRST-CLASS
Dec 29 2020
Mailed from ZIP 89123

11923275



062S0012913542

FOLD ALONG THIS LINE